States Circuit Court of Appeals for the Second Circuit denied.
*Mr. Arthur von Briesen* for petitioners.   *Mr. Robert J. Fisher*
for respondent.

No. 420.  UNITED STATES EX REL. REGINA MUSIC BOX
COMPANY, PETITIONER, *v.* FREDERICK I. ALLEN, COMMISSIONER
OF PATENTS.  October 19, 1903.  Petition for a writ of certio-
rari to the Court of Appeals of the District of Columbia denied.
*Mr. Antonio Knauth* for petitioner.   *The Attorney General* and
*Mr. Solicitor General Hoyt* for respondent.

No. 425.  CAROLINE G. ROTH, EXECUTRIX, ETC., PETITIONER,
*v.* MUTUAL RESERVE LIFE INSURANCE COMPANY.   October 19,
1903.  Petition for a writ of certiorari to the United States
Circuit Court of Appeals for the Eighth Circuit  denied.   *Mr.*
*Frederick H. Bacon* and *Mr. J. E. McKeighan* for petitioner.
*Mr. James C. Jones* for respondent.

No. 430.  READING COMPANY, PETITIONER, *v.* WALTER D.
MUNSON.   October 19, 1903.  Petition for a writ of certiorari
to the United States Circuit Court of Appeals for the First Cir-
cuit denied.   *Mr. Robert M. Morse,* *Mr. Henry M. Rogers* and
*Mr. William M. Richardson* for petitioner.   *Mr. Eugene P.*
*Carver* and *Mr. E. E. Blodgett* for respondent.

No. 436.  JANE BRYSON, ADMINISTRATRIX, ETC., ET AL.,
PETITIONERS, *v.* OCEAN STEAMSHIP COMPANY.   October 19,
1903.  Petition for a writ of certiorari to the United States
Circuit Court of Appeals for the Second Circuit denied.  *Mr.*
*Henry Galbraith Ward* and *Mr. J. J. Macklin* for petitioners.
*Mr. Julien T. Davies* for respondent.

No. 437.  JAMES ARTHUR, PETITIONER, *v.* BARON DE HIRSCH